377 A.2d 193

Commonwealth ex rel. Wetton, Appellant, v. Aytch.

Submitted September 13, 1976.   Abraham T. Needleman, and Needleman, Needleman, Tabb & Eisman, for appellant;  Laurence H. Brown and Mark Sendrow, Assistant District Attorneys, for appellee.

Order affirmed.

377 A.2d 193

Dami, Appellant, v. Powell.

Argued November 15, 1976.   E. J. Julian, for appellant;  William D. Phillips, for appellee.

Judgment affirmed.

WATKINS, P. J., absent.